**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

————————————

No. 96-20361

————————————


MARATHON OIL COMPANY,

MARATHON INTERNATIONAL OIL COMPANY,

and

MARATHON PETROLEUM NORGE A/S,

                                        Plaintiffs-Appellants/
                                        Cross-Appellees,

                    VERSUS

                A.G. RUHRGAS,

                                        Defendant-Appellee/
                                        Cross-Appellant.


————————————————————

Appeals from the United States District Court
for the Southern District of Texas
————————————————————
June 25, 1999

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before KING, Chief Judge, POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:


This court, sitting en banc, reversed and remanded the judgment of the district court. *See Marathon Oil Co. v. A.G. Ruhrgas*, 145 F.3d 211 (5th Cir. 1998) (en banc). The Supreme Court reversed and remanded the judgment of this court. *See Ruhrgas AG*

*v. Marathon Oil Co.*, 119 S. Ct. 1563 (1999).

This matter is REMANDED to the panel that originally decided it. *See Marathon Oil Co. v. Ruhrgas, A.G.*, 115 F.3d 315, 318 (5th Cir. 1997). The motion to recall mandate is DENIED as unnecessary. The motion to expedite appeal is CARRIED WITH THE CASE, for consideration by the panel.